## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| C. EXTRUDED FILMS, LLC, | ) | FILED: MAY 30, 2008 |
| | ) | 08CV3118   RCC |
| Plaintiff, | ) | JUDGE DARRAH |
| vs. | ) | MAGISTRATE JUDGE KEYS |
| | ) Case No. | |
| BADGER PRINTING AND | ) | |
| CONVERTING, LLC, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Serve: | ) | |
| Christopher J. Glowacki | ) | |
| 401 E. Conde Street | ) | |
| Janesville, Wisconsin 53546 | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

COMES NOW Plaintiff C. Extruded Films, LLC ("CEF"), and for its Complaint, alleges as follows:

### Nature of Action

1.     This action concerns the failure of Badger Printing & Converting, LLC ("Badger") to pay for certain goods that it ordered and accepted from CEF. CEF seeks recovery for the purchase price of the goods, plus interest.

### The Parties

2.     CEF is, and at all times relevant herein was, a corporation organized and existing under the laws of the State of Missouri, having its principal place of business at 1975 Cornell Avenue, Melrose Park, Illinois, 60160. CEF is, and at all times relevant herein was, authorized to do business in the State of Illinois. CEF is in the business of manufacturing high quality polyethylene film materials used in the packaging and converting industry.

3.    On information and belief, Badger is, and at all times relevant herein was, a corporation organized and existing under the laws of the State of Wisconsin, having its principal place of business at 401 E. Conde Street, Janesville, Wisconsin, 53546.  On information and belief, Badger converts and prints on industrial materials for wholesale and retail customers.

## Jurisdiction and Venue

4.    This Court has diversity subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because CEF and Badger are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.    This Court has personal jurisdiction over Badger because Badger ordered goods from CEF (whose principal place of business is in Illinois), the purchase orders for these goods were received in and accepted in Illinois, and the goods were manufactured in and shipped from Illinois, all within this judicial district.

6.    This Court is the proper venue pursuant to 28 U.S.C. § 1391(a) and (c) in that this is the judicial district in which a substantial part of the events giving rise to the claim occurred and, for purposes of venue, Badger is deemed to reside in this judicial district.

## The Facts

7.    Badger and CEF have conducted business with each other since at least May 2005.

8.    Badger's regular practice during this period was to submit purchase orders to CEF via facsimile.  CEF would then accept these purchase orders and send written acknowledgments back to Badger.  Each order constituted a separate contract between the parties.

2

9.    After manufacturing and shipping the goods ordered by Badger, CEF would send Badger invoices for each order.  Under the terms of the invoices, payment was due for each order within thirty (30) days of delivery.

10.    Copies of the invoices that are relevant to this action are attached hereto as Exhibit A and incorporated by reference.

11.    Beginning in at least June 2006, Badger started failing to make timely payments on its orders.

12.    To date, Badger currently owes CEF an outstanding balance of $120,176.15 for orders dating back as far as August 2006.

13.    As a result of Badger's failure to pay for the goods it ordered and accepted from CEF, CEF has suffered losses in an amount no less than $120,176.15.

## COUNT I
### (Breach of Contract)

14.    CEF re-asserts and re-alleges paragraphs 1 through 13 of its Complaint.

15.    Any and all conditions precedent to the purchase orders have been fulfilled and/or waived.

16.    CEF fully performed its obligations to Badger for each purchase order by manufacturing and delivering the goods ordered by Badger.

17.    CEF submitted invoices to Badger for payment, but Badger has failed to pay CEF for all the goods Badger ordered and accepted.

18.    Despite repeated demands for payment, Badger has refused to pay CEF for all the goods Badger ordered and accepted.

19.    Badger's failure to pay for the goods it ordered and accepted constitutes a material breach of the purchase orders.

3

2852049

20. As a result of Badger's said breaches, CEF has been damaged in an amount no less than $120,176.15, exclusive of interest, fees, and costs.

WHEREFORE, CEF respectfully prays that this Court enter an order awarding to CEF principal damages against Badger in an amount no less than $120,176.15, plus interest, prejudgment interest, post judgment interest, and its costs and attorneys' fees expended herein, and such other and further relief as this Court deems just and proper.

## COUNT II
### (Quantum Meruit)

21. CEF re-asserts and re-alleges paragraphs 1 through 13 of its Complaint.

22. From at least August 2006 through March 2007, CEF manufactured and delivered goods to Badger pursuant to various purchase orders received from Badger.

23. These goods were manufactured and delivered at the request and with the acquiescence of Badger.

24. Despite repeated demands by CEF, Badger has failed to pay CEF $120,176.15 for goods delivered to Badger.

25. The fair and reasonable value of the goods ordered and accepted by Badger equals $120,176.15, exclusive of interest.

26. Badger was enriched by the goods CEF manufactured and delivered. Badger's acceptance and retention of the goods without payment to CEF would be inequitable and unjust under these circumstances.

WHEREFORE, CEF respectfully prays that this Court enter an order awarding to CEF principal damages against Badger in an amount no less than $120,176.15, or such other sum as is just considering the benefit conferred upon Badger, plus interest, prejudgment interest, post

2852049

judgment interest, and its costs and attorneys' fees expended herein, and such other and further relief as this Court deems just and proper.

## COUNT III
### (Unjust Enrichment)

27.     CEF re-asserts and re-alleges paragraphs 1 through 13 of its Complaint.

28.     From at least August 2006 through March 2007, CEF manufactured and delivered goods to Badger pursuant to various purchase orders received from Badger.

29.     These goods were manufactured and delivered at the request and with the acquiescence of Badger.

30.     Despite repeated demands by CEF, Badger has failed to pay CEF $120,176.15 for goods delivered to Badger.

31.     The fair and reasonable value of the goods ordered and accepted by Badger equals $120,176.15, exclusive of interest.

32.     Badger was enriched by the goods CEF manufactured and delivered.  Badger's acceptance and retention of the goods without payment to CEF would be inequitable and unjust under these circumstances.

WHEREFORE, CEF respectfully prays that this Court enter an order awarding to CEF principal damages against Badger in an amount no less than $120,176.15, or such other sum as is just considering the benefit conferred upon Badger, plus interest, prejudgment interest, post judgment interest, and its costs and attorneys' fees expended herein, and such other and further relief as this Court deems just and proper.

## COUNT IV
### (Suit on Account)

33.     CEF re-asserts and re-alleges paragraphs 1 through 13 of its Complaint.

5

34.     From at least August 2006 through March 2007, CEF manufactured and delivered goods to Badger pursuant to various purchase orders received from Badger.

35.     These goods were manufactured and delivered at the request and with the acquiescence of Badger.

36.     Despite repeated demands by CEF, Badger has failed to pay CEF $120,176.15 for goods delivered to Badger.

37.     Badger has refused and continues to refuse to pay the full amount due and owing to CEF for various goods it ordered and accepted from CEF.

WHEREFORE, CEF respectfully prays that this Court enter an order awarding to CEF principal damages against Badger in an amount no less than $120,176.15, plus interest, prejudgment interest, post judgment interest, and its costs and attorneys' fees expended herein, and such other and further relief as this Court deems just and proper.

## COUNT V
### (Violation of Illinois Uniform Commercial Code)

38.     CEF re-asserts and re-alleges paragraphs 1 through 13 of its Complaint.

39.     Any and all conditions precedent to the purchase orders have been fulfilled and/or waived.

40.     CEF fully performed its obligations to Badger for each purchase order by manufacturing and delivering the goods ordered by Badger.

41.     CEF submitted invoices to Badger for payment, but Badger has failed to pay CEF for all the goods Badger ordered and accepted.

42.     Despite repeated demands for payment, Badger has refused to pay CEF for all the goods Badger ordered and accepted.

6

2852049

43.    Badger's failure to pay for the goods it ordered and accepted constitutes a material breach of the purchase orders.

44.    As a result of Badger's said breaches, CEF has been damaged in an amount no less than $120,176.15, exclusive of interest, fees, costs, and other incidental damages.

45.    Pursuant to 810 ILCS 5/1-106, 5/2-703, and 5/2-709, CEF is entitled to the price of the goods accepted and retained by Badger, plus incidental damages.

WHEREFORE, CEF respectfully prays that this Court enter an order awarding to CEF principal damages against Badger in an amount no less than $120,176.15, plus interest, prejudgment interest, post judgment interest, and its costs and attorneys' fees expended herein, and such other and further relief as this Court deems just and proper.

Dated: May 30, 2008.

Respectfully submitted,

BRYAN CAVE LLP

By:  /s/ Dmitry Shifrin

Dmitry Shifrin, #6279415
161 N. Clark St., Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (phone)
(312) 602-5050 (facsimile)

Herbert R. Giorgio, Jr.
    (application for *pro hac* admission pending)
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
(314) 259-2000 (phone)
(314) 259-2020 (facsimile)

Attorneys for C. Extruded Films, LLC

7

2852049

C. EXTRUDED FILMS, LLC

# INVOICE

1975 CORNELL AVENUE
MELROSE PARK,  60160

| DATE | INVOICE # |
| --- | --- |
| 8/11/2006 | 9372 |

**BILL TO**

BADGER PRINTING & CONVERTING
401 E. CONDE
JANESVILLE, WI 53546

**SHIP TO**

BADGER PRINTING & CONVERTING
401 E. CONDE
JANESVILLE, WI 53546

| | | TERMS | SALESMAN | SHIP DATE | SHIP VIA |
| --- | --- | --- | --- | --- | --- |
| | | Net 30 | | 8/11/2006 | CEF TRK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| 3565 | LDPE 36 1/2 x .0015 SWS (1399+1672+2028) | 5000 | 5,099 | 1.05 | 5,353.95 |
| 3556 | LDPE 26 x .001 SWS (1425+1426+1418+1273+795) | 7500 | 6,337 | 1.05 | 6,653.85 |
| 3563 | LDPE 36 x .001 SWS (1206+2024+1752+1378+1699+542) | 8000 | 8,601 | 1.05 | 9,031.05 |
| 3563 | LDPE 31 3/4 x .001 SWS (1797+1744+1242+1217) | 6000 | 6,000 | 1.05 | 6,300.00 |
| 3567 | LDPE 31 1/2 x .0018 SWS | 500 | 516 | 1.32 | 681.12 |
| 3567 | LDPE 28 x .0015 SWS | 500 | 542 | 1.07 | 579.94 |

**Total**        **$28,599.91**

Balance Due  $11,670.77
                    5/1/08

REMIT PAYMENT TO:
C. EXTRUDED FILMS, LLC
P.O BOX 790051
ST. LOUIS, MO 63179-0051

Exhibit
A

**C. EXTRUDED FILMS, LLC**

**1975 CORNELL AVENUE
MELROSE PARK,  60160**

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 9/14/2006 | 9490 |

*BILL TO*

**BADGER PRINTING & CONVERTING
401 E. CONDE
JANESVILLE, WI 53546**

*SHIP TO*

**BADGER PRINTING & CONVERTING
401 E. CONDE
JANESVILLE, WI 53546**

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | TERMS / SALESMAN | SHIP DATE | SHIP VIA | RATE | AMOUNT |
|-------|-------------|---------|---------|------------------|-----------|----------|------|--------|
| | | | | | 9/14/2006 | CEF TRK | | |
| 3598 | LDPE 28 x 29 1/2 x .0012 J-SH | 1000 | 1,022 | | | | 1.07 | 1,093.54 |
| 3598 | LDPE 36 1/2 x .0012 SWS | 1000 | 994 | | | | 1.07 | 1,063.58 |
| 3592 | LDPE 29 x .001 SWS | 1200 | 1,224 | | | | 1.07 | 1,309.68 |
| | | | | | | | 0.00 | 0.00 |
| 3556 | LDPE 26 x .001 SWS | 7500 - 6337 | 1,212 | | | | 1.05 | 1,272.60 |

**TOTAL 4 SKIDS**

**TOTAL 4,452 LBS.**

| Total | $4,739.40 |
|-------|-----------|

**REMIT PAYMENT TO:
C. EXTRUDED FILMS, LLC
P.O BOX 790051
ST. LOUIS, MO 63179-0051**

C. EXTRUDED FILMS, LLC

# INVOICE

1975 CORNELL AVENUE
MELROSE PARK,  60160

| DATE | INVOICE # |
|------|-----------|
| 9/20/2006 | 9510 |

| *BILL TO* | *SHIP TO* |
|-----------|-----------|
| BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 | BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 |

| TERMS | SALESMAN | SHIP DATE | SHIP VIA |
|-------|----------|-----------|----------|
| Net 30 | | 9/20/2006 | CEF TRK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3590 | LDPE 37 1/2 x .00129 SWS (1592+1402) | 3000 | 2,994 | 1.11 | 3,323.34 |
| | | | | 0.00 | 0.00 |

**TOTAL 2 SKIDS**

**TOTAL 2,994 LBS.**

| | **Total** | $3,323.34 |
|--|-----------|-----------|

REMIT PAYMENT TO:
C. EXTRUDED FILMS, LLC
P.O BOX 790051
ST. LOUIS, MO 63179-0051

**C. EXTRUDED FILMS, LLC**

# INVOICE

1975 CORNELL AVENUE
MELROSE PARK,  60160

| DATE | INVOICE # |
|---|---|
| 9/27/2006 | 9542 |

| BILL TO | SHIP TO |
|---|---|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

| TERMS | SALESMAN | SHIP DATE | SHIP VIA |
|---|---|---|---|
| Net 30 | | 9/27/2006 | **CEF TRK** |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3591 | LDPE 46 1/2 x .00142 SWS<br>(2093+1730+1773+1474) | 7000 | 7,070 | 1.09 | 7,706.30 |
| | **TOTAL 4 SKIDS** | | | | |
| | **TOTAL 7,070 LBS.** | | | | |

| | Total | $7,706.30 |
|---|---|---|

REMIT PAYMENT TO:
C. EXTRUDED FILMS, LLC
P.O BOX 790051
ST. LOUIS, MO 63179-0051

**C. EXTRUDED FILMS, LLC**

**1975 CORNELL AVENUE**
**MELROSE PARK,  60160**

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/2/2006 | 9554 |

| BILL TO | SHIP TO |
|---|---|
| BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 | BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 |

| | | TERMS | SALESMAN | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| | | | | 10/2/2006 | CEF TRK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3663 | LDPE 29 1/2 x .002 SWS | 1600 | 1,587 | 1.07 | 1,698.09 |
| 3662 | LDPE 37 1/2 x .00129 SWS<br>(2062+1706) | 3700 | 3,768 | 1.09 | 4,107.12 |
| 3625 | LDPE 38 1/4 x .00125 SWS | 1000 | 1,101 | 1.07 | 1,178.07 |

**TOTAL 4 SKIDS**

**TOTAL 6,456 LBS.**

| Total | $6,983.28 |
|---|---|

**REMIT PAYMENT TO:**
**C. EXTRUDED FILMS, LLC**
**P.O BOX 790051**
**ST. LOUIS, MO 63179-0051**

**C. EXTRUDED FILMS, LLC**

# INVOICE

**1975 CORNELL AVENUE**
**MELROSE PARK, 60160**

| DATE | INVOICE # |
|------|-----------|
| 10/6/2006 | 9584 |

| *BILL TO* | *SHIP TO* |
|-----------|-----------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

| TERMS | SALESMAN | SHIP DATE | SHIP VIA |
|-------|----------|-----------|----------|
| Net 30 | | 10/6/2006 | **CEF TRK** |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3661 | LDPE 34 1/2 x .00129 SWS<br>1912+1822 | 3700 | 3,734 | 1.09 | 4,070.06 |

| | Total | $4,070.06 |
|--|-------|-----------|

**REMIT PAYMENT TO:**
**C. EXTRUDED FILMS, LLC**
**P.O BOX 790051**
**ST. LOUIS, MO 63179-0051**

**C. EXTRUDED FILMS, LLC**

**1975 CORNELL AVENUE**
**MELROSE PARK,  60160**

# INVOICE

| DATE | INVOICE # |
|---|---|
| 10/10/2006 | 9590 |

| BILL TO | SHIP TO |
|---|---|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** | **BADGER PRINTING & CONVERTING**<br>401 E. CONDE<br>**JANESVILLE, WI 53546** |

| TERMS | SALESMAN | SHIP DATE | SHIP VIA |
|---|---|---|---|
| Net 30 | | 10/10/2006 | CEF TRK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3621 | LDPE 26 1/2 x .002 SWS | 1800 | 1,798 | 1.07 | 1,923.86 |

| | Total | $1,923.86 |
|---|---|---|

**REMIT PAYMENT TO:**
**C. EXTRUDED FILMS, LLC**
**P.O BOX 790051**
**ST. LOUIS, MO 63179-0051**

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/2/2006 | 9689 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: Net 30

| SALESMAN | SHIP DATE | SHIP VIA |
|----------|-----------|----------|
|  | 11/2/2006 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3643 | LDPE 25 1/2 x .0015 SWS | 1500 | 1,547 | 1.03 | 1,593.41 |
| 3644 | LDPE 40 1/2 x .0012 SWS | 1000 | 1,037 | 1.03 | 1,068.11 |
| 3644 | LDPE 39 1/2 x .0012 SWS | 1000 | 1,070 | 1.03 | 1,102.10 |
| 3644 | LDPE 34 1/2 x .0012 SWS | 1000 | 1,040 | 1.03 | 1,071.20 |
| 3644 | LDPE 38 1/2 x .0012 SWS | 1000 | 1,026 | 1.03 | 1,056.78 |

| | Total | $5,891.60 |
|---|-------|-----------|

REMIT PAYMENT TO:
MIDWEST POLY FILM
P.O. BOX 790051
ST. LOUIS, MO 63179-0051

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/8/2006 | 9704 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: Net 30

| SALESMAN | SHIP DATE | SHIP VIA |
|----------|-----------|----------|
|  | 11/8/2006 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3665 | LDPE 46 1/2 x .00142 SWS | 4200 | 1,458 | 1.01 | 1,472.58 |
| 3667 | LDPE 37 1/2 x .00129 SWS | 5300 | 5,346 | 1.01 | 5,399.46 |
|  | 1515+1493+1216+1122 |  |  |  |  |
|  |  |  | **Total** |  | **$6,872.04** |

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**
ST. LOUIS, MO 63179-0051

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|---|---|
| 11/14/2006 | 9721 |

| BILL TO | SHIP TO |
|---|---|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: **Net 30**

| | SALESMAN | SHIP DATE | SHIP VIA |
|---|---|---|---|
| | | 11/14/2006 | **CEF TRUCK** |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3665 | LDPE 46 1/2 x .00142 SWS   1452+1368 | 4200-1458= 2742 | 2,820 | 1.01 | 2,848.20 |
| 3666 | LDPE 45 1/2 x .00142 SWS   1399+1421 | 2800 | 2,820 | 1.01 | 2,848.20 |
| | | | | **Total** | **$5,696.40** |

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**
**ST. LOUIS, MO 63179-0051**

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/17/2006 | 9731 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING** <br> **401 E. CONDE** <br> **JANESVILLE, WI 53546** <br> **608 754-0057** | **BADGER PRINTING & CONVERTING** <br> **401 E. CONDE** <br> **JANESVILLE, WI 53546** |

TERMS:  Net 30

| SALESMAN | SHIP DATE | SHIP VIA |
|----------|-----------|----------|
|  | 11/17/2006 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3678 P | LDPE 37 1/2 x .00129 SWS <br> 1512+1277+1408+1470+1541 | 7200 | 7,208 | 1.01 | 7,280.08 |
| 3679 P | LDPE 23 x .002 SWS | 1000 | 1,116 | 0.98 | 1,093.68 |
|  |  |  | **Total** |  | **$8,373.76** |

REMIT PAYMENT TO:
MIDWEST POLY FILM
P.O. BOX 790051
ST. LOUIS, MO 63179-0051

*Midwest Poly Film*
*1975 Cornell Avenue*
*Melrose Park, IL 60160*

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/15/2006 | 9810 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: Net 30

| | SALESMAN | SHIP DATE | SHIP VIA |
|---|---|---|---|
| | | 12/15/2006 | **CEF TRUCK** |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3681p | LDPE 36 1/2 x .0015 SWS (1567+1525+1494+1452+1021) | 7000 | 7,059 | 0.97 | 6,847.23 |
| 3692P | LDPE 32 1/2 x .00125 SWS (1054+994) | 2000 | 2,048 | 0.95 | 1,945.60 |
| 3705P | LDPE 33 1/2 x .00129 SWS | 1800 | 1,961 | 0.94 | 1,843.34 |
| | **TOTAL 8 SKIDS** | | | | |
| | **TOTAL 11,068 LBS.** | | | | |

| *YOUR ORDER HAS BEEN RECEIVED AND ENTERED FOR PRODUCTION AS FOLLOWS:* | **Total** | **$10,636.17** |
|---|---|---|

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**
**ST. LOUIS, MO 63179-0051**

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/4/2007 | 9883 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: Net 30

| | SALESMAN | SHIP DATE | SHIP VIA | |
|---|---|---|---|---|
| | | 1/4/2007 | **CEF TRUCK** | |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3692P | LDPE 32 1/2 X .00125 SWS<br>(1305+1338+1252) | 3800 | 3,895 | 0.89 | 3,466.55 |
| 3709P | LDPE 26 1/2 X .002 SWS<br>(1479+1404+1435) | 4300 | 4,318 | 0.89 | 3,843.02 |
| | **TOTAL 6 SKIDS** | | | | |
| | **TOTAL 8213 LBS.** | | | | |

| *It's been a pleasure working with you!* | **Total** | **$7,309.57** |
|---|---|---|

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**
**ST. LOUIS, MO 63179-0051**

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/8/2007 | 9896 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: Net 30

| | SALESMAN | SHIP DATE | SHIP VIA |
|---|---|---|---|
| | | 1/8/2007 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3718P | LDPE   27 1/4 x .002 SWS<br><br>**TOTAL 1 SKID**<br>**TOTAL 991 LBS.** | 1000 | 991 | 0.90 | 891.90 |
| | | | **Total** | | **$891.90** |

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**
**ST. LOUIS, MO 63179-0051**

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/18/2007 | 9936 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: Net 30

| | SALESMAN | SHIP DATE | SHIP VIA |
|---|---|---|---|
| | | 1/18/2007 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3718P | LDPE 34 1/2 x .0012 SWS | 1000 | 1,061 | 0.90 | 954.90 |
| 3718P | LDPE 38 1/2 x .0012 SWS | 1000 | 1,019 | 0.90 | 917.10 |
| 3718P | LDPE 41 x .0012 SWS | 1000 | 1,133 | 0.90 | 1,019.70 |
| 3718P | LDPE 36 1/2 x .0012 SWS | 1000 | 1,070 | 0.90 | 963.00 |
| | **Total 4 Skids** | | | | |
| | **Total 4283 lbs.** | | | | |
| | | | | **Total** | **$3,854.70** |

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**
**ST. LOUIS, MO 63179-0051**

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 2/8/2007 | 10022 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: Net 30

| SALESMAN | SHIP DATE | SHIP VIA |
|----------|-----------|----------|
| | 2/8/2007 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3737P | LDPE 26 x .001 SWS<br>(1238+1501+2011+1416+1360) | 7500 | 7,526 | 0.89 | 6,698.14 |
| 3718P | LDPE 39 1/2 x .0012 SWS | 1000 | 1,159 | 0.90 | 1,043.10 |
| | | | | | |
| | Total 6 Skids | | | | |
| | Total 8685 lbs. | | | | |
| | | | **Total** | | **$7,741.24** |

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**
**ST. LOUIS, MO 63179-0051**

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 2/19/2007 | 10065 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: **Net 30**

| | SALESMAN | SHIP DATE | SHIP VIA |
|---|----------|-----------|----------|
| | | 2/28/2007 | **CEF TRUCK** |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3748P | LDPE 38  x .00125 STOCK NUMBER | 1800 | 1,780 | 0.90 | 1,602.00 |
| 3747 | LDPE 31 3/4 x .001 SWS STOCK NUMBER (1291+1308+1380) | 4000 | 3,979 | 0.89 | 3,541.31 |
| 3747P | LDPE 36 1/2  x .0015 SWS STOCK NUMBER (1487+1468+1421+1491+1460) | 7500 | 7,327 | 0.89 | 6,521.03 |
| 03746P | LDPE 36  x .001 SWS  STOCK NUMBER (1777+1435+1413+1412) | 6000 | 6,037 | 0.89 | 5,372.93 |
| | **Total 13 Skids** | | | | |
| | **Total 19,123 lbs.** | | | | |
| | | | **Total** | | **$17,037.27** |

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**
**ST. LOUIS, MO 63179-0051**

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 3/8/2007 | 10136 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS:  Net 30

| | | | SALESMAN | SHIP DATE | SHIP VIA | |
|---|---|---|---|---|---|---|
| | | | | 3/8/2007 | CEF TRUCK | |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3460 | LDPE  40" x .0015"  SWS<br>(1620+1653+1718)<br><br><br>Total 3 Skids<br><br>Total 4991 lbs. | 5000 | 4,991 | 0.89 | 4,441.99 |
| | | | **Total** | | **$4,441.99** |

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**
**ST. LOUIS, MO 63179-0051**

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|---|---|
| 3/14/2007 | 10158 |

| BILL TO | SHIP TO |
|---|---|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: Net 30

| SALESMAN | SHIP DATE | SHIP VIA |
|---|---|---|
| | 3/14/2007 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3461 | LDPE 37 1/2" x .0015" SWS | 1100 | 1,125 | 0.90 | 1,012.50 |
| | **Total 1,125 lbs.** | | | | |
| | | | | **Total** | **$1,012.50** |

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**
**ST. LOUIS, MO 63179-0051**