

**3738 South Duggan Road**
**Beloit, WI 53511**
Phone　　　(608) 361-1520
Fax　　　　(608) 313-0870
info@markleyinvestigations.com

**515 N. Court St., Suite 101**
**Rockford, IL 61103**
Phone　　　(815) 316-1141
Fax　　　　(815) 940-7442
www.markleyinvestigations.com

## AFFIDAVIT OF SERVICE

United States Bankruptcy Court
Northern District of Illinois

STATE OF UNITED STATES DISTRICT COURT

C. Extruded Films, Llc.
vs
Badger Printing and Converting, Llc.
Case no: 08CV3118

On Wednesday June 4, 2008 at 2:16 PM I served the within described Summons in a Civil Case, Attorney Appearance Form in the manner described below:

I served the within Summons in a Civil Case, Attorney Appearance Form upon the within named Badger Printing and Converting, Llc. by giving a true copy to Jan Glowacki, who is a co-resident and over the age of 14. Said service was affected at 401 East Conde Street, Janesville, WI 53546.

Subscribed and Sworn to before me

this ___6___ day of __JUNE, 2008__

_____
Notary Public, State of Wisconsin
My commission Expires 6/8/09

Fee for Service: $33.00

_Bobby Pittman_, Process Server

Job # 7087