**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| C. EXTRUDED FILMS, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. 08cv3118 |
| vs. ) | |
| ) | Judge Darrah |
| BADGER PRINTING AND ) | |
| CONVERTING, LLC, ) | Magistrate Judge Keys |
| ) | |
| Defendant. ) | |

## NOTICE OF HEARING

TO:    See attached service list

PLEASE TAKE NOTICE that on Tuesday, July 22, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Darrah, or any judge sitting in his stead, in Room 1203 of the U.S. Dist. Court for the Northern Dist. of Illinois, Eastern Division, and then and there present Plaintiff C. Extruded Films, LLC's Motion for Judgment on the Pleadings and Default, a copy of which is served upon you herewith.

Dated: July 11, 2008.                    Respectfully submitted,

BRYAN CAVE LLP

By:  /s/ Dmitry Shifrin

Dmitry Shifrin, #6279415
161 N. Clark St., Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (phone)
(312) 602-5050 (facsimile)

Herbert R. Giorgio, Jr. (admitted *pro hac vice*)
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
(314) 259-2000 (phone)
(314) 259-2020 (facsimile)

Attorneys for C. Extruded Films, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of July, 2008, the foregoing was served upon the following via U.S. Mail, in addition to the court's electronic filing system:

Christopher J. Glowacki
401 E. Conde Street
Janesville, Wisconsin 53546

_/s/ Dmitry Shifrin_____