**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| C. EXTRUDED FILMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cv3118 |
| vs. | ) | |
| | ) | Judge Darrah |
| BADGER PRINTING AND | ) | |
| CONVERTING, LLC, | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

## NOTICE OF HEARING

TO:   See attached service list

    PLEASE TAKE NOTICE that on Tuesday, July 22, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before Judge Darrah, or any judge sitting in his stead, in Room 1203 of the U.S. Dist. Court for the Northern Dist. of Illinois, Eastern Division, and then and there present Plaintiff C. Extruded Films, LLC's Motion for Judgment on the Pleadings and Default, a copy of which is served upon you herewith.


Dated: July 14, 2008.                             Respectfully submitted,

                                                                       BRYAN CAVE LLP

                                                                       By:  /s/ Dmitry Shifrin

                                                                          Dmitry Shifrin, #6279415
                                                                          161 N. Clark St., Suite 4300
                                                                          Chicago, Illinois 60601
                                                                          (312) 602-5000 (phone)
                                                                          (312) 602-5050 (facsimile)

                                                                          Herbert R. Giorgio, Jr. (admitted *pro hac vice*)
                                                                          One Metropolitan Square
                                                                          211 North Broadway, Suite 3600
                                                                          St. Louis, Missouri 63102-2750
                                                                          (314) 259-2000 (phone)
                                                                          (314) 259-2020 (facsimile)

                                                                          Attorneys for C. Extruded Films, LLC

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 14th day of July, 2008, the foregoing was served upon the following via U.S. Mail, in addition to the court's electronic filing system:

Christopher J. Glowacki
401 E. Conde Street
Janesville, Wisconsin 53546


                                                                       /s/ Dmitry Shifrin_____