**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

C. Extruded Films, LLC
                                        Plaintiff,

v.                                                          Case No.: 1:08−cv−03118
                                                                 Honorable John W. Darrah

Badger Printing and Converting, LLC
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable John W. Darrah:Plaintiff's motion for judgment on the pleadings [10] is withdrawn without prejudice will leave to re−file an amended motion by 9/2/08. Defendant's response by 9/23/08. Status hearing set for 10/1/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.