**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| C. EXTRUDED FILMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cv3118 |
| vs. | ) | |
| | ) | Judge Darrah |
| BADGER PRINTING AND | ) | |
| CONVERTING, LLC, | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

## C. EXTRUDED FILMS, LLC'S AMENDED MOTION FOR DEFAULT JUDGMENT

COMES NOW Plaintiff C. Extruded Films, LLC ("CEF"), through counsel, and brings this Amended Motion for Default Judgment pursuant to Fed. R. Civ. P. 55. In support of its Motion, CEF states as follows:

1.      On May 30, 2008, CEF filed a five-count Complaint against Badger Printing & Converting, LLC ("Badger") seeking recovery for the purchase price of goods Badger ordered and received from CEF, but failed to pay for. The Complaint is attached hereto as Exhibit A.

2.      On June 19, 2008, Christopher Glowacki ("Glowacki"), president of Badger, filed a one-page handwritten document with the Court captioned "Response to Converters." This response is attached hereto as Exhibit B. No attorney has entered an appearance for Badger and Badger has apparently not hired an attorney. *See* Exhibit B.

3.      On July 11, 2008, CEF filed a Motion for Judgment on the Pleadings and Default and noticed a hearing for August 26, 2008 at 9:00 a.m. Badger failed to respond to the motion and failed to appear at the hearing. During the August 26th hearing, the Court instructed CEF to file the instant Amended Motion for Default Judgment.

4.      It is well established that a corporation cannot represent itself *pro se* and may

appear in the federal courts only through licensed counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993) (collecting cases); *Nocula v. UGS Corp.*, 520 F.3d 719, 725 (7th Cir. 2008 ); *Old Ben Coal Co. v. Office of Workers' Compensation Programs*, 476 F.3d 418, 418-19 (7th Cir. 2007); *Muzikowski v. Paramount Pictures Corp.*, 322 F.3d 918, 924 (7th Cir. 2003); *Scandia Down Corp. v. Euroquilt, Inc.*, 772 F.2d 1423, 1427 (7th Cir. 1985); *Strong Delivery Ministry Ass'n v. Bd. of Appeals of Cook County*, 543 F.2d 32, 33-34 (7th Cir. 1976) (per curiam).

5.    As such, the one page handwritten "response" drafted and filed by Glowacki, who is not an attorney, is not an answer or responsive pleading for purposes of the Federal Rules of Civil Procedure. Accordingly, Badger has failed to timely respond to CEF's Complaint and CEF is entitled to an entry of default pursuant to Fed. R. Civ. P. 55.

6.    In any event, Badger fails to raise a single fact in its response that could give rise to any defenses to the claims in CEF's Complaint. To the contrary, Badger acknowledges it owes CEF money and does not dispute the amount specifically alleged in CEF's Complaint.

7.    In support of its motion, CEF submits the affidavit of Edward Mundt, Chief Financial Officer and General Manager for CEF, attached hereto as Exhibit C.

8.    A memorandum of law accompanies this motion and is fully incorporated herein.

WHEREFORE, CEF respectfully requests that this Court enter an Order that CEF is entitled to default judgment against Badger, and grant CEF the relief sought in its Complaint against Badger, and for such other and further relief as the Court deems just and proper.

2

Dated: September 2, 2008.

Respectfully submitted,

BRYAN CAVE LLP

By:  /s/ Herbert R. Giorgio, Jr.

      Dmitry Shifrin, #6279415
      161 N. Clark St., Suite 4300
      Chicago, Illinois 60601
      (312) 602-5000 (phone)
      (312) 602-5050 (facsimile)

      Herbert R. Giorgio, Jr. (admitted *pro hac vice*)
      One Metropolitan Square
      211 North Broadway, Suite 3600
      St. Louis, Missouri 63102-2750
      (314) 259-2000 (phone)
      (314) 259-2020 (facsimile)

      Attorneys for C. Extruded Films, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of September, 2008, the foregoing was served upon the following via U.S. Mail, in addition to the court's electronic filing system:

Christopher J. Glowacki
401 E. Conde Street
Janesville, Wisconsin 53546

       /s/ Herbert R. Giorgio, Jr.

3

2935176.1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| C. EXTRUDED FILMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | Case No. |
| BADGER PRINTING AND | ) | |
| CONVERTING, LLC, | ) | |
| | ) | |
| Serve: | ) | **JURY TRIAL DEMANDED** |
| Christopher J. Glowacki | ) | |
| 401 E. Conde Street | ) | |
| Janesville, Wisconsin 53546 | ) | |
| | ) | |
| Defendant. | ) | |

### COMPLAINT

COMES NOW Plaintiff C. Extruded Films, LLC ("CEF"), and for its Complaint, alleges as follows:

### Nature of Action

1.      This action concerns the failure of Badger Printing & Converting, LLC ("Badger") to pay for certain goods that it ordered and accepted from CEF.  CEF seeks recovery for the purchase price of the goods, plus interest.

### The Parties

2.      CEF is, and at all times relevant herein was, a corporation organized and existing under the laws of the State of Missouri, having its principal place of business at 1975 Cornell Avenue, Melrose Park, Illinois, 60160.  CEF is, and at all times relevant herein was, authorized to do business in the State of Illinois.  CEF is in the business of manufacturing high quality polyethylene film materials used in the packaging and converting industry.

Exhibit A

3.      On information and belief, Badger is, and at all times relevant herein was, a corporation organized and existing under the laws of the State of Wisconsin, having its principal place of business at 401 E. Conde Street, Janesville, Wisconsin, 53546. On information and belief, Badger converts and prints on industrial materials for wholesale and retail customers.

## Jurisdiction and Venue

4.      This Court has diversity subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because CEF and Badger are citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.      This Court has personal jurisdiction over Badger because Badger ordered goods from CEF (whose principal place of business is in Illinois), the purchase orders for these goods were received in and accepted in Illinois, and the goods were manufactured in and shipped from Illinois, all within this judicial district.

6.      This Court is the proper venue pursuant to 28 U.S.C. § 1391(a) and (c) in that this is the judicial district in which a substantial part of the events giving rise to the claim occurred and, for purposes of venue, Badger is deemed to reside in this judicial district.

## The Facts

7.      Badger and CEF have conducted business with each other since at least May 2005.

8.      Badger's regular practice during this period was to submit purchase orders to CEF via facsimile. CEF would then accept these purchase orders and send written acknowledgments back to Badger. Each order constituted a separate contract between the parties.

2

2852049

9.      After manufacturing and shipping the goods ordered by Badger, CEF would send Badger invoices for each order.  Under the terms of the invoices, payment was due for each order within thirty (30) days of delivery.

10.     Copies of the invoices that are relevant to this action are attached hereto as Exhibit A and incorporated by reference.

11.     Beginning in at least June 2006, Badger started failing to make timely payments on its orders.

12.     To date, Badger currently owes CEF an outstanding balance of $120,176.15 for orders dating back as far as August 2006.

13.     As a result of Badger's failure to pay for the goods it ordered and accepted from CEF, CEF has suffered losses in an amount no less than $120,176.15.

## COUNT I
### (Breach of Contract)

14.     CEF re-asserts and re-alleges paragraphs 1 through 13 of its Complaint.

15.     Any and all conditions precedent to the purchase orders have been fulfilled and/or waived.

16.     CEF fully performed its obligations to Badger for each purchase order by manufacturing and delivering the goods ordered by Badger.

17.     CEF submitted invoices to Badger for payment, but Badger has failed to pay CEF for all the goods Badger ordered and accepted.

18.     Despite repeated demands for payment, Badger has refused to pay CEF for all the goods Badger ordered and accepted.

19.     Badger's failure to pay for the goods it ordered and accepted constitutes a material breach of the purchase orders.

3

2852049

20.    As a result of Badger's said breaches, CEF has been damaged in an amount no less than $120,176.15, exclusive of interest, fees, and costs.

WHEREFORE, CEF respectfully prays that this Court enter an order awarding to CEF principal damages against Badger in an amount no less than $120,176.15, plus interest, prejudgment interest, post judgment interest, and its costs and attorneys' fees expended herein, and such other and further relief as this Court deems just and proper.

### COUNT II
### (Quantum Meruit)

21.    CEF re-asserts and re-alleges paragraphs 1 through 13 of its Complaint.

22.    From at least August 2006 through March 2007, CEF manufactured and delivered goods to Badger pursuant to various purchase orders received from Badger.

23.    These goods were manufactured and delivered at the request and with the acquiescence of Badger.

24.    Despite repeated demands by CEF, Badger has failed to pay CEF $120,176.15 for goods delivered to Badger.

25.    The fair and reasonable value of the goods ordered and accepted by Badger equals $120,176.15, exclusive of interest.

26.    Badger was enriched by the goods CEF manufactured and delivered. Badger's acceptance and retention of the goods without payment to CEF would be inequitable and unjust under these circumstances.

WHEREFORE, CEF respectfully prays that this Court enter an order awarding to CEF principal damages against Badger in an amount no less than $120,176.15, or such other sum as is just considering the benefit conferred upon Badger, plus interest, prejudgment interest, post

2852049

judgment interest, and its costs and attorneys' fees expended herein, and such other and further relief as this Court deems just and proper.

## COUNT III
### (Unjust Enrichment)

27.   CEF re-asserts and re-alleges paragraphs 1 through 13 of its Complaint.

28.   From at least August 2006 through March 2007, CEF manufactured and delivered goods to Badger pursuant to various purchase orders received from Badger.

29.   These goods were manufactured and delivered at the request and with the acquiescence of Badger.

30.   Despite repeated demands by CEF, Badger has failed to pay CEF $120,176.15 for goods delivered to Badger.

31.   The fair and reasonable value of the goods ordered and accepted by Badger equals $120,176.15, exclusive of interest.

32.   Badger was enriched by the goods CEF manufactured and delivered.  Badger's acceptance and retention of the goods without payment to CEF would be inequitable and unjust under these circumstances.

WHEREFORE, CEF respectfully prays that this Court enter an order awarding to CEF principal damages against Badger in an amount no less than $120,176.15, or such other sum as is just considering the benefit conferred upon Badger, plus interest, prejudgment interest, post judgment interest, and its costs and attorneys' fees expended herein, and such other and further relief as this Court deems just and proper.

## COUNT IV
### (Suit on Account)

33.   CEF re-asserts and re-alleges paragraphs 1 through 13 of its Complaint.

2852049

34.    From at least August 2006 through March 2007, CEF manufactured and delivered goods to Badger pursuant to various purchase orders received from Badger.

35.    These goods were manufactured and delivered at the request and with the acquiescence of Badger.

36.    Despite repeated demands by CEF, Badger has failed to pay CEF $120,176.15 for goods delivered to Badger.

37.    Badger has refused and continues to refuse to pay the full amount due and owing to CEF for various goods it ordered and accepted from CEF.

WHEREFORE, CEF respectfully prays that this Court enter an order awarding to CEF principal damages against Badger in an amount no less than $120,176.15, plus interest, prejudgment interest, post judgment interest, and its costs and attorneys' fees expended herein, and such other and further relief as this Court deems just and proper.

## COUNT V
### (Violation of Illinois Uniform Commercial Code)

38.    CEF re-asserts and re-alleges paragraphs 1 through 13 of its Complaint.

39.    Any and all conditions precedent to the purchase orders have been fulfilled and/or waived.

40.    CEF fully performed its obligations to Badger for each purchase order by manufacturing and delivering the goods ordered by Badger.

41.    CEF submitted invoices to Badger for payment, but Badger has failed to pay CEF for all the goods Badger ordered and accepted.

42.    Despite repeated demands for payment, Badger has refused to pay CEF for all the goods Badger ordered and accepted.

2852049

43.     Badger's failure to pay for the goods it ordered and accepted constitutes a

material breach of the purchase orders.

44.     As a result of Badger's said breaches, CEF has been damaged in an amount no

less than $120,176.15, exclusive of interest, fees, costs, and other incidental damages.

45.     Pursuant to 810 ILCS 5/1-106, 5/2-703, and 5/2-709, CEF is entitled to the price

of the goods accepted and retained by Badger, plus incidental damages.

WHEREFORE, CEF respectfully prays that this Court enter an order awarding to CEF

principal damages against Badger in an amount no less than $120,176.15, plus interest,

prejudgment interest, post judgment interest, and its costs and attorneys' fees expended herein,

and such other and further relief as this Court deems just and proper.

Dated: May 30, 2008.

Respectfully submitted,

BRYAN CAVE LLP

By:  _/s/ Dmitry Shifrin_____

Dmitry Shifrin, #6279415
161 N. Clark St., Suite 4300
Chicago, Illinois 60601
(312) 602-5000 (phone)
(312) 602-5050 (facsimile)

Herbert R. Giorgio, Jr.
(application for *pro hac* admission pending)
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, Missouri 63102-2750
(314) 259-2000 (phone)
(314) 259-2020 (facsimile)

Attorneys for C. Extruded Films, LLC

2852049

**C. EXTRUDED FILMS, LLC**

1975 CORNELL AVENUE
MELROSE PARK, 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 8/11/2006 | 9372 |

| BILL TO | SHIP TO |
|---------|---------|
| BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 | BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 |

| | TERMS | SALESMAN | SHIP DATE | SHIP VIA |
|---|-------|----------|-----------|----------|
| | Net 30 | | 8/11/2006 | CEF TRK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3565 | LDPE 36 1/2 x .0015 SWS<br>(1399+1672+2028) | 5000 | 5,099 | 1.05 | 5,353.95 |
| 3556 | LDPE 26 x .001 SWS<br>(1425+1426+1418+1273+795) | 7500 | 6,337 | 1.05 | 6,653.85 |
| 3563 | LDPE 36 x .001 SWS<br>(1206+2024+1752+1378+1699+542) | 8000 | 8,601 | 1.05 | 9,031.05 |
| 3563 | LDPE 31 3/4 x .001 SWS<br>(1797+1744+1242+1217) | 6000 | 6,000 | 1.05 | 6,300.00 |
| 3567 | LDPE 31 1/2 x .0018 SWS | 500 | 516 | 1.32 | 681.12 |
| 3567 | LDPE 28 x .0015 SWS | 500 | 542 | 1.07 | 579.94 |

**Total**  $28,599.91

Balance Due  $11,672.77
~ 5/1/08

REMIT PAYMENT TO:
C. EXTRUDED FILMS, LLC
P.O BOX 790051
ST. LOUIS, MO 63179-0051

**Exhibit**
**A**

**C. EXTRUDED FILMS, LLC**

**1975 CORNELL AVENUE**
**MELROSE PARK, 60160**

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 9/14/2006 | 9490 |

| *BILL TO* | *SHIP TO* |
|-----------|-----------|
| **BADGER PRINTING & CONVERTING** <br> **401 E. CONDE** <br> **JANESVILLE, WI 53546** | **BADGER PRINTING & CONVERTING** <br> **401 E. CONDE** <br> **JANESVILLE, WI 53546** |

| TERMS | SALESMAN | SHIP DATE | SHIP VIA |
|-------|----------|-----------|----------|
|       |          | 9/14/2006 | CEF TRK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3598 | LDPE 28 x 29 1/2 x .0012 J-SH | 1000 | 1,022 | 1.07 | 1,093.54 |
| 3598 | LDPE 36 1/2 x .0012 SWS | 1000 | 994 | 1.07 | 1,063.58 |
| 3592 | LDPE 29 x .001 SWS | 1200 | 1,224 | 1.07 | 1,309.68 |
|      |             |         |         | 0.00 | 0.00 |
| 3556 | LDPE 26 x .001 SWS | 7500 – 6337 | 1,212 | 1.05 | 1,272.60 |

**TOTAL 4 SKIDS**

**TOTAL 4,452 LBS.**

| | **Total** | **$4,739.40** |
|---|---|---|

**REMIT PAYMENT TO:**
**C. EXTRUDED FILMS, LLC**
**P.O BOX 790051**
**ST. LOUIS, MO 63179-0051**

**C. EXTRUDED FILMS, LLC**

1975 CORNELL AVENUE
MELROSE PARK, 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 9/20/2006 | 9510 |

| BILL TO | SHIP TO |
|---------|---------|
| BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 | BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 |

| TERMS | SALESMAN | SHIP DATE | SHIP VIA |
|-------|----------|-----------|----------|
| Net 30 | | 9/20/2006 | CEF TRK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3590 | LDPE 37 1/2 x .00129 SWS<br>(1592+1402) | 3000 | 2,994 | 1.11 | 3,323.34 |
| | | | | 0.00 | 0.00 |

TOTAL 2 SKIDS

TOTAL 2,994 LBS.

| **Total** | **$3,323.34** |
|-----------|---------------|

**REMIT PAYMENT TO:**
C. EXTRUDED FILMS, LLC
P.O BOX 790051
ST. LOUIS, MO 63179-0051

**C. EXTRUDED FILMS, LLC**

1975 CORNELL AVENUE
MELROSE PARK,  60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 9/27/2006 | 9542 |

| *BILL TO* | *SHIP TO* |
|-----------|-----------|
| BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 | BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 |

| | TERMS | *SALESMAN* | *SHIP DATE* | *SHIP VIA* |
|---|---|---|---|---|
| | Net 30 | | 9/27/2006 | CEF TRK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3591 | LDPE 46 1/2 x .00142 SWS<br>(2093+1730+1773+1474) | 7000 | 7,070 | 1.09 | 7,706.30 |
| | TOTAL 4 SKIDS | | | | |
| | TOTAL 7,070 LBS. | | | | |

| | Total | $7,706.30 |
|---|-------|-----------|

REMIT PAYMENT TO:
C. EXTRUDED FILMS, LLC
P.O BOX 790051
ST. LOUIS, MO 63179-0051

C. EXTRUDED FILMS, LLC

1975 CORNELL AVENUE
MELROSE PARK, 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 10/2/2006 | 9554 |

### BILL TO

BADGER PRINTING & CONVERTING
401 E. CONDE
JANESVILLE, WI 53546

### SHIP TO

BADGER PRINTING & CONVERTING
401 E. CONDE
JANESVILLE, WI 53546

| | | TERMS | SALESMAN | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| | | | | 10/2/2006 | CEF TRK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3663 | LDPE 29 1/2 x .002 SWS | 1600 | 1,587 | 1.07 | 1,698.09 |
| 3662 | LDPE 37 1/2 x .00129 SWS (2062+1706) | 3700 | 3,768 | 1.09 | 4,107.12 |
| 3625 | LDPE 38 1/4 x .00125 SWS | 1000 | 1,101 | 1.07 | 1,178.07 |

TOTAL 4 SKIDS

TOTAL 6,456 LBS.

| | Total | $6,983.28 |
|---|-------|-----------|

REMIT PAYMENT TO:
C. EXTRUDED FILMS, LLC
P.O BOX 790051
ST. LOUIS, MO 63179-0051

**C. EXTRUDED FILMS, LLC**

1975 CORNELL AVENUE
MELROSE PARK,  60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 10/6/2006 | 9584 |

| *BILL TO* | *SHIP TO* |
|-----------|-----------|
| BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 | BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 |

| TERMS | SALESMAN | SHIP DATE | SHIP VIA |
|-------|----------|-----------|----------|
| Net 30 | | 10/6/2006 | CEF TRK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3661 | LDPE 34 1/2 x .00129 SWS<br>1912+1822 | 3700 | 3,734 | 1.09 | 4,070.06 |

| | Total | $4,070.06 |
|---|-------|-----------|

**REMIT PAYMENT TO:**
C. EXTRUDED FILMS, LLC
P.O BOX 790051
ST. LOUIS, MO 63179-0051

**C. EXTRUDED FILMS, LLC**

1975 CORNELL AVENUE
MELROSE PARK,  60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 10/10/2006 | 9590 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>401 E. CONDE<br>JANESVILLE, WI 53546 | **BADGER PRINTING & CONVERTING**<br>401 E. CONDE<br>JANESVILLE, WI 53546 |

| | | TERMS | SALESMAN | SHIP DATE | SHIP VIA |
|---|---|---|---|---|---|
| | | Net 30 | | 10/10/2006 | CEF TRK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3621 | LDPE 26 1/2 x .002 SWS | 1800 | 1,798 | 1.07 | 1,923.86 |

| | **Total** | **$1,923.86** |
|---|---|---|

REMIT PAYMENT TO:
C. EXTRUDED FILMS, LLC
P.O BOX 790051
ST. LOUIS, MO 63179-0051

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|---|---|
| 11/2/2006 | 9689 |

| BILL TO |
|---|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** |

| SHIP TO |
|---|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: Net 30

| SALESMAN | SHIP DATE | SHIP VIA |
|---|---|---|
| | 11/2/2006 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|---|---|---|---|---|---|
| 3643 | LDPE 25 1/2 x .0015 SWS | 1500 | 1,547 | 1.03 | 1,593.41 |
| 3644 | LDPE 40 1/2 x .0012 SWS | 1000 | 1,037 | 1.03 | 1,068.11 |
| 3644 | LDPE 39 1/2 x .0012 SWS | 1000 | 1,070 | 1.03 | 1,102.10 |
| 3644 | LDPE 34 1/2 x .0012 SWS | 1000 | 1,040 | 1.03 | 1,071.20 |
| 3644 | LDPE 38 1/2 x .0012 SWS | 1000 | 1,026 | 1.03 | 1,056.78 |
| | | | **Total** | | **$5,891.60** |

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**
**ST. LOUIS, MO 63179-0051**

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/8/2006 | 9704 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: Net 30

| SALESMAN | SHIP DATE | SHIP VIA |
|----------|-----------|----------|
| | 11/8/2006 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3665 | LDPE 46 1/2 x .00142 SWS | 4200 | 1,458 | 1.01 | 1,472.58 |
| 3667 | LDPE 37 1/2 x .00129 SWS | 5300 | 5,346 | 1.01 | 5,399.46 |
| | 1515+1493+1216+1122 | | | | |

|  | Total | $6,872.04 |
|--|-------|-----------|

REMIT PAYMENT TO:
MIDWEST POLY FILM
P.O. BOX 790051
ST. LOUIS, MO 63179-0051

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/14/2006 | 9721 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>401 E. CONDE<br>JANESVILLE, WI 53546 |

TERMS: Net 30

| SALESMAN | SHIP DATE | SHIP VIA |
|----------|-----------|----------|
|          | 11/14/2006 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3665 | LDPE 46 1/2 x .00142 SWS   1452+1368 | 4200-1458=2742 | 2,820 | 1.01 | 2,848.20 |
| 3666 | LDPE 45 1/2 x .00142 SWS   1399+1421 | 2800 | 2,820 | 1.01 | 2,848.20 |
| | | | **Total** | | **$5,696.40** |

REMIT PAYMENT TO:
MIDWEST POLY FILM
P.O. BOX 790051
ST. LOUIS MO 63179-0051

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/17/2006 | 9731 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>401 E. CONDE<br>JANESVILLE, WI 53546 |

TERMS: Net 30

| | SALESMAN | SHIP DATE | SHIP VIA | |
|---|---|---|---|---|
| | | 11/17/2006 | CEF TRUCK | |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3678 P | LDPE 37 1/2 x .00129 SWS<br>1512+1277+1408+1470+1541 | 7200 | 7,208 | 1.01 | 7,280.08 |
| 3679 P | LDPE 23 x .002 SWS | 1000 | 1,116 | 0.98 | 1,093.68 |
| | **Total** | | | | **$8,373.76** |

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**
**ST. LOUIS, MO 63179-0051**

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 12/15/2006 | 9810 |

BILL TO

**BADGER PRINTING & CONVERTING**
**401 E. CONDE**
**JANESVILLE, WI 53546**
**608 754-0057**

SHIP TO

**BADGER PRINTING & CONVERTING**
**401 E. CONDE**
**JANESVILLE, WI 53546**

TERMS: Net 30

| SALESMAN | SHIP DATE | SHIP VIA | |
|----------|-----------|----------|--|
| | 12/15/2006 | CEF TRUCK | |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3681p | LDPE 36 1/2 x .0015 SWS | 7000 | 7,059 | 0.97 | 6,847.23 |
| | (1567+1525+1494+1452+1021) | | | | |
| 3692P | LDPE 32 1/2 x .00125 SWS (1054+994) | 2000 | 2,048 | 0.95 | 1,945.60 |
| 3705P | LDPE 33 1/2 x .00129 SWS | 1800 | 1,961 | 0.94 | 1,843.34 |
| | | | | | |
| | **TOTAL 8 SKIDS** | | | | |
| | | | | | |
| | **TOTAL 11,068 LBS.** | | | | |

| *YOUR ORDER HAS BEEN RECEIVED AND ENTERED FOR PRODUCTION AS FOLLOWS:* | **Total** | **$10,636.17** |
|---|---|---|

REMIT PAYMENT TO:
MIDWEST POLY FILM
P.O. BOX 790051
ST. LOUIS MO 63179 0051

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/4/2007 | 9883 |

| BILL TO | SHIP TO |
|---------|---------|
| BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546<br>608 754-0057 | BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 |

TERMS: **Net 30**

| | SALESMAN | SHIP DATE | SHIP VIA |
|---|---|---|---|
| | | 1/4/2007 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3692P | LDPE 32 1/2 X .00125 SWS<br>(1305+1338+1252) | 3800 | 3,895 | 0.89 | 3,466.55 |
| 3709P | LDPE 26 1/2 X .002 SWS<br>(1479+1404+1435) | 4300 | 4,318 | 0.89 | 3,843.02 |
| | **TOTAL 6 SKIDS** | | | | |
| | **TOTAL 8213 LBS.** | | | | |

*It's been a pleasure working with you!*

| **Total** | **$7,309.57** |
|-----------|---------------|

REMIT PAYMENT TO:
MIDWEST POLY FILM
P.O. BOX 790051
ST. LOUIS, MO 63179-0051

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/8/2007 | 9896 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: **Net 30**

| SALESMAN | SHIP DATE | SHIP VIA |
|----------|-----------|----------|
|  | 1/8/2007 | **CEF TRUCK** |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3718P | LDPE   27 1/4 x .002 SWS<br><br>TOTAL 1 SKID<br>TOTAL 991 LBS. | 1000 | 991 | 0.90 | 891.90 |
|  |  |  | **Total** |  | **$891.90** |

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**
ST LOUIS MO 63179 0051

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 1/18/2007 | 9936 |

| BILL TO |
|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** |

| SHIP TO |
|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: Net 30

| SALESMAN | SHIP DATE | SHIP VIA | |
|----------|-----------|----------|---|
| | 1/18/2007 | CEF TRUCK | |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3718P | LDPE 34 1/2 x .0012 SWS | 1000 | 1,061 | 0.90 | 954.90 |
| 3718P | LDPE 38 1/2 x .0012 SWS | 1000 | 1,019 | 0.90 | 917.10 |
| 3718P | LDPE 41 x .0012 SWS | 1000 | 1,133 | 0.90 | 1,019.70 |
| 3718P | LDPE 36 1/2 x .0012 SWS | 1000 | 1,070 | 0.90 | 963.00 |
| | Total 4 Skids | | | | |
| | Total 4283 lbs. | | | | |

| | Total | $3,854.70 |
|---|-------|-----------|

REMIT PAYMENT TO:
MIDWEST POLY FILM
P.O. BOX 790051
ST. LOUIS, MO 63170-0051

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 2/8/2007 | 10022 |

| BILL TO | SHIP TO |
|---------|---------|
| BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546<br>608 754-0057 | BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 |

TERMS:  Net 30

| SALESMAN | SHIP DATE | SHIP VIA |
|----------|-----------|----------|
| | 2/8/2007 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3737P | LDPE 26 x .001 SWS<br>(1238+1501+2011+1416+1360) | 7500 | 7,526 | 0.89 | 6,698.14 |
| 3718P | LDPE 39 1/2 x .0012 SWS | 1000 | 1,159 | 0.90 | 1,043.10 |
| | Total 6 Skids | | | | |
| | Total 8685 lbs. | | | | |

| | Total | $7,741.24 |
|--|-------|-----------|

REMIT PAYMENT TO:
MIDWEST POLY FILM
P.O. BOX 790051
ST. LOUIS, MO 63179-0051

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 2/19/2007 | 10065 |

| BILL TO | SHIP TO |
|---------|---------|
| BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546<br>608 754-0057 | BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 |

TERMS: Net 30

| SALESMAN | SHIP DATE | SHIP VIA |
|----------|-----------|----------|
| | 2/28/2007 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3748P | LDPE 38  x .00125 STOCK NUMBER | 1800 | 1,780 | 0.90 | 1,602.00 |
| 3747 | LDPE 31 3/4 x .001 SWS STOCK NUMBER (1291+1308+1380) | 4000 | 3,979 | 0.89 | 3,541.31 |
| 3747P | LDPE 36 1/2  x .0015 SWS STOCK NUMBER (1487+1468+1421+1491+1460) | 7500 | 7,327 | 0.89 | 6,521.03 |
| 03746P | LDPE 36  x .001 SWS  STOCK NUMBER (1777+1435+1413+1412) | 6000 | 6,037 | 0.89 | 5,372.93 |
| | Total 13 Skids | | | | |
| | Total 19,123 lbs. | | | | |

| | | | | Total | $17,037.27 |
|---|---|---|---|-------|------------|

REMIT PAYMENT TO:
MIDWEST POLY FILM
P.O. BOX 790051
ST. LOUIS, MO 63179-0051

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 3/8/2007 | 10136 |

| BILL TO | SHIP TO |
|---------|---------|
| **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546**<br>**608 754-0057** | **BADGER PRINTING & CONVERTING**<br>**401 E. CONDE**<br>**JANESVILLE, WI 53546** |

TERMS: Net 30

| SALESMAN | SHIP DATE | SHIP VIA |
|----------|-----------|----------|
|  | 3/8/2007 | CEF TRUCK |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3460 | LDPE 40" x .0015" SWS<br>(1620+1653+1718)<br><br><br>Total 3 Skids<br><br>Total 4991 lbs. | 5000 | 4,991 | 0.89 | 4,441.99 |
|  |  |  | **Total** |  | **$4,441.99** |

**REMIT PAYMENT TO:**
**MIDWEST POLY FILM**
**P.O. BOX 790051**

**Midwest Poly Film**
1975 Cornell Avenue
Melrose Park, IL 60160

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 3/14/2007 | 10158 |

| BILL TO | SHIP TO |
|---------|---------|
| BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546<br>608 754-0057 | BADGER PRINTING & CONVERTING<br>401 E. CONDE<br>JANESVILLE, WI 53546 |

TERMS: Net 30

| | SALESMAN | SHIP DATE | SHIP VIA | |
|---|----------|-----------|----------|---|
| | | 3/14/2007 | CEF TRUCK | |

| P.O.# | DESCRIPTION | ORDERED | SHIPPED | RATE | AMOUNT |
|-------|-------------|---------|---------|------|--------|
| 3461 | LDPE  37 1/2"  x  .0015" SWS | 1100 | 1,125 | 0.90 | 1,012.50 |
| | Total 1,125 lbs. | | | | |
| | | | **Total** | | **$1,012.50** |

REMIT PAYMENT TO:
MIDWEST POLY FILM
P.O. BOX 790051
ST. LOUIS, MO 63179-0051

88

**FILED**

JUN 1 9 2008    NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Plaintiff(s) Convertors
Film

Judge Darrah

Case No. (08CV3118) CC

6/19/08 v.

Defendant(s) Badger

Response To Convertors

I received a summons the other day regarding debt owed to convertors. I don't disagree I owe Convertors money. However, they neglected to inform that I am making payments to them and they walked away from that.

I would like to give a little background to the situation. I bought the company out of bankruptcy back in Dec. I went to Convertors with a plan to do business with them. They were well aware of my situation. I had asked for a couple days credit so I could produce my product, ship it and turn it into my factoring company. Then I would pay them. I worked well in the beginning. Then we fell behind and they extended more credit. Then when we both realized what happened they cut me off. We have not had much communication. I tried to pay $500 every couple of weeks, but was told that was not good enough. I can pay at this time $500 a month. I do not have the funds to pay more. If a lien or judgement goes against me those my loan and file bankruptcy. I am asking for an extension to try and ~~work~~ work things out with convertors.

Exhibit B

Case 1:08-cv-03118    Document 8    Filed 06/19/2008    Page 2 of 2

 **BADGER PRINTING & CONVERTING**

401 E. CONDE
JANESVILLE, WI 53546

Phone: 608-754-6855
Fax: 608-754-0057

June 18, 2008

Dmitry Shifrin
Bryan Cave LLP
161 North Clark Street Suite 4300
Chicago, IL 60601-5000
Case Number 08cv3118rec

Dear Dmitry Shifin,

I received a summons the other day regarding a debt owe to Convertors. I am responding back in letter as requested. I don't disagree that I owe Convertors money. However, they have neglected to inform you that I was making payments to them and they walked away from that.

I would like to give a little background to this situation. I bought this company out of bankruptcy back in 2005. I went to Convertors with a plan to be business with them. They were well aware of my situation. I had asked them to give me a couple days of credit so that I could produce my product, ship it, and turn it into my factoring company. Then I would pay them. It worked well in the beginning. Then somehow we fell behind and they extended more credit. Then we both realized what had happened and they decided to cut us off. We did not have much communication between the two of our companies for a period of time. I had tried to pay them $500 dollars every couple of weeks. That I was told was not good enough. I have not heard from Convertors until I received this summons this morning.

However, I am not able to just right a check because cash is very tight. I still use a factoring company to finance my receivables. I have told them I could send them $500 a month until the company could show a consistent profit. However, the economy has been going up and down and this had made it very difficult to be consistent. I have never told them I would not pay them. However, I cannot pay more or I will be forced to close the doors and then no one wins or gets paid.

I am not hiring an attorney at this point because I would like to come to some mutual agreement. I am trying to work out a plan that will not put a judgment or lien against my company because this could put my loan with the bank in default and I could lose my loan. Again, then no one wins.

I would like to try and work out a payment arrangement so if possible I would like an extension so we can try and come to a mutual agreement without going to court.

I await your reply

Christopher Glowacki
President
Cc: Judge Darrah

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| C. EXTRUDED FILMS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cv3118 |
| | ) | |
| vs. | ) | Judge Darrah |
| | ) | |
| BADGER PRINTING AND | ) | |
| CONVERTING, LLC, | ) | Magistrate Judge Keys |
| | ) | |
| Defendant. | ) | |

**AFFIDAVIT OF EDWARD E. MUNDT**

Edward E. Mundt, being sworn, deposes and states as follows:

1.      I am Edward E. Mundt. I am over 18 years old. I am of sound mind and I have personal knowledge of the facts set forth in this Affidavit. If called to testify at court, I would testify consistent with the facts set forth in this Affidavit.

2.      Since September 2006, I have been employed at C. Extruded Films, LLC ("CEF"). I am currently the Chief Financial Officer and General Manager for CEF.

3.      In my capacity as Chief Financial Officer and General Manager for CEF, I am personally aware of the circumstances regarding CEF's dispute with Badger Printing & Converting, LLC ("Badger").

4.      I have personally reviewed CEF's financial records relating to Badger's account with CEF. Based on my review of the invoices, purchase orders, payments received, and other relevant financial records, Badger currently owes CEF an outstanding principal balance of $120,176.15 as of the date of this affidavit.

**Exhibit C**

FURTHER AFFIANT SAYETH NOT.

_Edward E. Mundt_ (signature)

**Edward E. Mundt**

STATE OF ILLINOIS    )
                 ) ss.
_KANE_ COUNTY  )

    Subscribed and sworn to before me this _11_ day of July, 2008.

_____
Notary Public

My Commission Expires:

_3/9/2010_

"OFFICIAL SEAL"
LISA M. SCHMIDT
NOTARY PUBLIC STATE OF ILLINOIS
My Commission Expires 03/09/2010